UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JUAN IGLESIAS, individually and on behalf of all
others similarly situated,

                    Plaintiff,

    -against-

NATIONAL BROADBAND COMMUNICATIONS,
LLC., EXECUTIVE TECHNICIANS CORPORATION,
CHRISTIAN CABEZAS, and ARAM COLINARES,

                  Defendants.

Index No. 16-cv-4598(FB)

**STIPULATION**

      **IT IS HEREBY STIPULATED AND AGREED** by and among the parties hereto,

through their undersigned counsel, that McLaughlin & Stern, LLP accepts service of the

summons and complaint in this action and waives any defects of service on behalf of defendants

National Broadband Communications, LLC., Executive Technicians Corporation, Christian

Cabezas, and Aram Colinares (collectively, "Defendants");

      **IT IS FURTHER STIPULATED AND AGREED**, that Defendants' time to answer

Plaintiffs' Complaint shall be extended to October 31, 2016; and that a facsimile and/or

photocopy of any signature on this Stipulation shall be acceptable as an original.

Dated: September 30, 2016
      New York, New York

By: _____

   Brett R. Gallaway
   McLaughlin & Stern, LLP
   260 Madison Avenue
   New York, New York 10016
   (212) 448-1100
   *Attorneys for Defendants*

By: _____

   Martin E. Restituyo
   Law Offices of Martin E. Restituyo, P.C.
   1345 Avenue of The Americas, 2nd Floor
   New York, New York 10105
   (212) 729-7900
   Fax: (212) 729-7490
   *Attorneys for Plaintiffs*