**VIA ECF Filing**

Hon. Frederick Block
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:** *Colon v. National Broadband Communications. LLC.,* CA No. 1:16-cv-249(FB)(RER)
          *Iglesias v. National Broadband Communications. LLC.,* CA No. 1:16-cv-4598(FB)(ST)

Dear Judge Block:

    After consulting with each other, plaintiffs in the above actions have determined that these maters should be consolidated for all purposes in the interest of judicial economy. Thus at this time, plaintiffs request a brief stay of all proceedings until such time as they are able to submit a motion to consolidate and an amended consolidated complaint.

    No previous request for this relief has been made.

    The parties thank the Court for its attention to this matter.

Dated: January 17, 2017

| | |
|---|---|
|     */s/ Jodi J. Jaffe* |     */s/ Martin E. Restituyo* |
| By: Jodi J. Jaffe, Esq. | By: Martin E. Restituyo, Esq. |
| Jaffe Glenn Law Group, P.A. | Law Offices of Martin E. Restituyo P.C. |
| 301 North Harrison Street | 1345 Avenue of the Americas, 2nd Floor |
| Suite 9F, #306 | New York, New York 10105 |
| Princeton, New Jersey 08540 | Tel: 212-729-7900 |
| Tel: 201-687-9977 | Fax: 212-729-7490 |
| Fax: 201-595-0308 | restituyo@restituyolaw.com |
| jjaffe@JaffeGrenn.com | |
| *Attorneys for Plaintiffs in the Colon Action* | *Attorneys for Plaintiffs in the Iglesias Action* |

Cc:    Magistrate Judge Ramon E. Reyes, Jr.
        Magistrate Judge Stephen L. Tiscione